B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)   Case Number **10–33842–KRH**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 5/27/10 and was converted to a case under chapter 7 on 7/1/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Richard Anthony Napolitano<br>2009 Ridge Stone Court<br>Henrico, VA 23238 | Debra Sue Napolitano<br>2009 Ridge Stone Court<br>Henrico, VA 23238 |
| Case Number:   10–33842–KRH<br>Office Code:   3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–5471<br>xxx–xx–6203 |
| Attorney for Debtor(s) (name and address):<br>Joe B. Lamb Jr.<br>Joe B. Lamb, Jr.<br>10132 West Broad Street<br>Glen Allen, VA 23060<br>Telephone number:  (804) 935–0000 | Bankruptcy Trustee (name and address):<br>Bruce E. Robinson<br>P.O. Box 538<br>415 E. Atlantic Street<br>South Hill, VA 23970–0538<br>Telephone number:  (434) 447–7922 |

### Meeting of Creditors:
Date: **7/28/14**                                           Time: **02:00 PM**
Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**9/26/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:   July 2, 2014 |

## EXPLANATIONS
B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

```
                            United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                            Case No. 10-33842-KRH
Richard Anthony Napolitano                                        Chapter 7
Debra Sue Napolitano
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0422-7          User: smithla                Page 1 of 4                  Date Rcvd: Jul 02, 2014
                              Form ID: B9A                 Total Noticed: 93


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2014.
db/jdb       +Richard Anthony Napolitano,    Debra Sue Napolitano,    2009 Ridge Stone Court,
               Henrico, VA 23238-3294
aty          +Aaron Nash,   Evans Petree PC,    1000 Ridgeway Loop Road,    Suite 200,    Memphis, TN 38120-4036
aty          +Eric David White,   Samuel I. White, P.C.,    1804 Staples Mill Road, Suite 200,
               Richmond, VA 23230-3530
aty          +Michael Todd Freeman,   Samuel I. White, P.C.,    1804 Staples Mill Road,    Suite 200,
               Richmond, VA 23230-3530
cr            JPMORGAN CHASE BANK, NA,    Chase Records Center - Attn: Corresponde,
               Mail Code LA4-5555 - 700 Kansas Lane,    Monroe, LA 71203
9723761      +Cabela’s Club VISA,   P.O. Box 82519,    Lincoln, NE 68501-2502
9723765      +Chase Manhattan,   Bankruptcy Research Dept,    3415 Vision Dr,   Columbus, OH 43219-6009
9723766      +Chase Manhattan,   Attn: Bankruptcy Research Dept,    3415 Vision Dr,   Columbus, OH 43219-6009
9740929      +Chrysler Financial Services Americas, LLC,    C/O Hale, Dewey, & Knight, PLLC,
               88 Union Avenue Suite 700,    Memphis, TN 38103-5128
9723777     ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,   IRVING TX 75038-2231
             (address filed with court: First Horizon Home Loans,     4000 Horizon Way,    Irving, TX 75063-0000)
9723778      +Gdyr/CBUSA,   P.O. Box 20483,    Kansas City, MO 64195-0483
9838257      +HOME FURNISHINGS CREDIT COMPANY,    P.O. BOX 12812,   NORFOLK, VA 23541-0812
9922766      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
9723785      +Home Furnishings,   5324 Virginia Beach Blvd,    Virginia Beach, VA 23462-1828
11683506     +JPMorgan Chase Bank, N.A.,    3415 Vision Drive, Attn: OH4-7302,    Columbus, OH 43219-6009
9877193      +MetLife Home Loans a division of,    MetLife Bank NA,   4000 Horizon Way, Suite #100,
               Irving, TX 75063-2260
9723796     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissan Motor Acceptance,    8900 Freeport Parkway,
               Irving, TX 75063-2438)
9723794      +National City Bank,   Attn: Bankruptcy Dept,    6750 Miller Road,   Brecksville, OH 44141-3262
9723795      +Natl Bank Of Commerce,    Box 357,   Memphis, TN 38150-0001
9740173       Nissan Motor,   POB 660366,    Dallas, TX 75266-0366
9820111      +VIRGINIA CARDIOVASCULAR SPECIALISTS,    C/O SCHETTINE & NGUYEN, PLC,    10 SOUTH 23RD STREET,
               RICHMOND, VA 23223-7814
9890767       WORLD’S FOREMOST BANK,    CABELA’S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
9759330      +WYNDAM VACATION OWNERSHIP,    P.O. BOX 97474,   LAS VEGAS, NV 89195-0001
9723805      +Worlds Foremost Bank N,    4800 NW 1st St,   Ste 300,   Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: joe@joelamblaw.com Jul 03 2014 02:12:49     Joe B. Lamb, Jr.,    Joe B. Lamb, Jr.,
               10132 West Broad Street,    Glen Allen, VA 23060
aty          +EDI: RESURGENT.COM Jul 03 2014 01:58:00      Linh Kiet Tran,   2101 Fourth Ave., Suite 1030,
               Seattle, WA 98121-2317
tr           +EDI: QBEROBINSON.COM Jul 03 2014 01:58:00      Bruce E. Robinson,   P.O. Box 538,
               415 E. Atlantic Street,    South Hill, VA 23970-2701
cr           +EDI: BASSASSOC.COM Jul 03 2014 01:58:00      Capital One, N.A.,   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
cr           +EDI: PRA.COM Jul 03 2014 01:58:00     Pra Receivables Management, Llc As Agent Of Portfo,
               POB 41067,   Norfolk, Va 23541-1067
9723757      +EDI: BECKLEE.COM Jul 03 2014 01:58:00      American Express,   c/o Becket and Lee,    P.O. Box 3001,
               Malvern, PA 19355-0701
9881495       EDI: BECKLEE.COM Jul 03 2014 01:58:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
9749224       EDI: AIS.COM Jul 03 2014 01:58:00     American Infosource Lp As Agent for,
               World Financial Network National Bank As,    Victoria’s Secret,   PO Box 248872,
               Oklahoma City, OK 73124-8872
9740988       EDI: AIS.COM Jul 03 2014 01:58:00     American Infosource Lp As Agent for,
               World Financial Network National Bank As,    Columbian Emerald,   PO Box 248872,
               Oklahoma City, OK 73124-8872
10540464      EDI: RESURGENT.COM Jul 03 2014 01:58:00      B-Line, LLC,   P.O. Box 91121,    Dept. 550,
               Seattle, WA 98111-9221
9723759      +EDI: BANKAMER2.COM Jul 03 2014 01:58:00      Bank Of America,   P.O. Box 17054,
               Wilmington, DE 19850-7054
9723758      +EDI: BANKAMER2.COM Jul 03 2014 01:58:00      Bank Of America,   P.O. Box 1598,
               Norfolk, VA 23501-1598
9723760      +EDI: TSYS2.COM Jul 03 2014 01:58:00      Barclays Bank Delaware,
               Attention: Customer Support Department,    Po Box 8833,   Wilmington, DE 19899-8833
9880057      +EDI: OPHSUBSID.COM Jul 03 2014 01:58:00      CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
9723762       EDI: CAPITALONE.COM Jul 03 2014 01:58:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
               P.O. Box 5155,   Norcross, GA 30091-0000
9740926       EDI: CHRYSLER.COM Jul 03 2014 01:58:00      Chrysler Financial Services Americas, LLC,
               Trustee Lockbox,   P.O. Box 9001897,   Louisville, KY 40290-1897
9723769       EDI: CHRYSLER.COM Jul 03 2014 01:58:00      Chysler Financial,   P.O. Box 8065,
               Royal Oak, MI 48068-0000
```

```
District/off: 0422-7           User: smithla                Page 2 of 4                  Date Rcvd: Jul 02, 2014
                               Form ID: B9A                 Total Noticed: 93

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9723770       EDI: CITICORP.COM Jul 03 2014 01:58:00      Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,
               P.O. Box 20507,     Kansas City, MO 64195-0000
9723771       EDI: CITICORP.COM Jul 03 2014 01:58:00      Citibank USA,    Attn: Centralized  Bankruptcy,
               P.O. Box 20507,     Kansas City, MO 64195-0000
9723775       EDI: CITICORP.COM Jul 03 2014 01:58:00      Exxmblciti,    Attn: Centralized  Bankruptcy,
               P.O. Box 20507,     Kansas City, MO 64195-0000
9723798       EDI: CITICORP.COM Jul 03 2014 01:58:00      Shell Oil / Citibank,    Attn: Centralized  Bankruptcy,
               P.O. Box 20507,     Kansas City, MO 64195-0000
9863130       EDI: RESURGENT.COM Jul 03 2014 01:58:00      CR Evergreen, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
11258024     +EDI: BASSASSOC.COM Jul 03 2014 01:58:00      Capital One, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell, Rd., Suite 200,     Tucson, AZ 85712-1083
9723763       EDI: TSYS2.COM Jul 03 2014 01:58:00      Card Services,    P.O. Box 8801,
               Wilmington, DE 19899-8801
9723764      +EDI: CHASE.COM Jul 03 2014 01:58:00      Chase - Cc,    Attn: Bankruptcy Dept,    Po Box 15298,
               Wilmington, DE 19850-5298
9804348       EDI: CHASE.COM Jul 03 2014 01:58:00      Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington, DE 19850-5145
9723767      +EDI: CHASE.COM Jul 03 2014 01:58:00      Chase- BP,    225 Chastain Meadows Court,
               Kennesaw, GA 30144-5897
9723768      +EDI: CHASE.COM Jul 03 2014 01:58:00      Chase/Best Buy,    Attn: Bankruptcy Dept,
               P.O. Box 15298,    Wilmington, DE 19850-5298
9745228      +EDI: TSYS2.COM Jul 03 2014 01:58:00      Department Stores National Bank/Macys,
               Nco Financial Systems, Inc.,     PO Box 4275,    Norcross, GA 30091-4275
9745229      +EDI: TSYS2.COM Jul 03 2014 01:58:00      Department Stores National Bank/Visa,
               Nco Financial Systems, Inc.,     PO Box 4275,    Norcross, GA 30091-4275
9736124       EDI: DISCOVER.COM Jul 03 2014 01:58:00      Discover Bank,    Dfs Services LLC,    PO Box 3025,
               New Albany, Ohio   43054-3025
9723773      +EDI: DISCOVER.COM Jul 03 2014 01:58:00      Discover Fin Svcs LLC,    P.O. Box 15316,
               Wilmington, DE 19850-5316
10841679     +EDI: RESURGENT.COM Jul 03 2014 01:58:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
9723774      +EDI: MERRICKBANK.COM Jul 03 2014 01:58:00      Eddie Bauer,    101 Crossway Park West,
               Woodbury, NY 11797-2020
9723776      +EDI: BANKAMER.COM Jul 03 2014 01:58:00      FIA CSNA,    P.O. Box 26012,    Nc4-105-02-77,
               Greensboro, NC 27420-6012
9764419      +EDI: BANKAMER.COM Jul 03 2014 01:58:00      Fia Card Services, NA As Successor In Interest to,
                Bank of America NA and Mbna America Bank,    1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
9723779      +EDI: RMSC.COM Jul 03 2014 01:58:00      GEMB/Chevron,    Attention: Bankruptcy,    P.O. Box 103106,
               Roswell, GA 30076-9106
9723780      +EDI: RMSC.COM Jul 03 2014 01:58:00      GEMB/Dillards Dc,    P.O. Box 981471,
               El Paso, TX 79998-1471
9723781      +EDI: RMSC.COM Jul 03 2014 01:58:00      GEMB/JCP,    Attention: Bankruptcy,    P.O. Box 103106,
               Roswell, GA 30076-9106
9723782      +EDI: RMSC.COM Jul 03 2014 01:58:00      GEMB/Lowes Dc,    Attention: Bankruptcy,    P.O. Box 103106,
               Roswell, GA 30076-9106
9723783      +EDI: RMSC.COM Jul 03 2014 01:58:00      GEMB/Walmart,    P.O. Box 981400,    El Paso, TX 79998-1400
9723784      +EDI: RMSC.COM Jul 03 2014 01:58:00      GEMB/Walmart Dc,    Attention: Bankruptcy,
               P.O. Box 103106,    Roswell, GA 30076-9106
9723786      +EDI: HFC.COM Jul 03 2014 01:58:00      HSBC Bank,    Attn: Bankruptcy,    P.O. Box 5253,
               Carol Stream, IL 60197-5253
9954100      +EDI: BASSASSOC.COM Jul 03 2014 01:58:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
9723787      +EDI: HFC.COM Jul 03 2014 01:58:00      HSBC Best Buy,    Attn: Bankruptcy,    P.O. Box 6985,
               Bridge Water, NJ 08807-0985
9723788      +EDI: HFC.COM Jul 03 2014 01:58:00      HSBC/Liz,    P.O. Box 703,    Wood Dale, IL 60191-0703
9723789      +EDI: CBSKOHLS.COM Jul 03 2014 01:58:00      Kohls/Chase,    N56 W17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
9723790      +EDI: RMSC.COM Jul 03 2014 01:58:00      Lowes / MBGA,    Attn: Bankruptcy Dept,    P.O. Box 103106,
               Roswell, GA 30076-9106
9723791      +EDI: TSYS2.COM Jul 03 2014 01:58:00      Macy's/DSNB,    Bankruptcy Processing,    P.O. Box 8053,
               Mason, OH 45040-8053
9723792      +EDI: TSYS2.COM Jul 03 2014 01:58:00      Macys/fdsb,    Macy's Bankruptcy,    P.O. Box 8053,
               Mason, OH 45040-8053
9723793      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jul 03 2014 02:13:41      Marriott Ownership,
               1200 Hwy 98 South,    Lakeland, FL 33801-5901
9941684       EDI: AIS.COM Jul 03 2014 01:58:00      Midland Funding, LLC by American InfoSource LP,
               PO Box 248897,    Oklahoma City, OK   73124-8897
9812103      +E-mail/Text: bknotice@ncmllc.com Jul 03 2014 02:13:46      National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
10084125      EDI: PRA.COM Jul 03 2014 01:58:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk VA   23541
9829672      +EDI: PRA.COM Jul 03 2014 01:58:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    POB 41067,    Norfolk VA 23541-1067
11748762     +EDI: PRA.COM Jul 03 2014 01:58:00      PRA Receivables Management, LLC,    POB 41067,
               Norfolk, VA 23541-1067
```

```
District/off: 0422-7           User: smithla              Page 3 of 4                   Date Rcvd: Jul 02, 2014
                               Form ID: B9A               Total Noticed: 93


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11644492      +EDI: PRA.COM Jul 03 2014 01:58:00      Portfolio Recovery Assocs., LLC,    POB 41067,
               Norfolk, VA 23541-1067
9723797        EDI: SEARS.COM Jul 03 2014 01:58:00      Sears/CBSD,    133200 Smith Rd,    Cleveland, OH 44130-0000
9759822       +E-mail/Text: bncmail@w-legal.com Jul 03 2014 02:13:45       TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
11691908      +E-mail/Text: bncmail@w-legal.com Jul 03 2014 02:13:45       TD Bank USA, N.A.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,     Seattle, WA 98121-3132
9723799       +EDI: WTRRNBANK.COM Jul 03 2014 01:58:00      TNB-VISA,    P.O. Box 9475,
               Minneapolis, MN 55440-9475
11678530      +EDI: OPHSUBSID.COM Jul 03 2014 01:58:00      Vanda, LLC,    c/o Weinstein & Riley, P.S.,
               2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
9723800       +EDI: WFNNB.COM Jul 03 2014 01:58:00      Victoria's Secret,    Po Box 182273,
               Columbus, OH 43218-2273
9723802        EDI: WFNNB.COM Jul 03 2014 01:58:00      WFNNB,    Bankruptcy Dept,    P.O. Box 182125,
               Columbus, OH 43218-2125
9723801        EDI: WFFC.COM Jul 03 2014 01:58:00      Wells Fargo Bank,    P.O. Box 522,
               Des Moines, IA 50306-0522
9741242       +EDI: WFFC.COM Jul 03 2014 01:58:00      Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,
               Recovery Department,    P.O. Box 9210,    Des Moines, IA 50306-9210
9723804       +EDI: WFNNB.COM Jul 03 2014 01:58:00      Wfnnb/Eddie Bauer,    995 W 122nd Ave,
               Westminster, CO 80234-3417
9723803       +EDI: WFNNB.COM Jul 03 2014 01:58:00      Wfnnb/dutyfree.com,    4590 E Broad St,
               Columbus, OH 43213-1301
12344561      +EDI: BASSASSOC.COM Jul 03 2014 01:58:00       eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,     Tucson, AZ 85712-1083
                                                                                              TOTAL: 69

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MetLife Home Loans, a division of MetLife Bank, N.
cr*            +B-Line, LLC,    P.O. Box 91121,    Dept. 550,    SEATTLE, WA  98111-9221
tee*            CR Evergreen, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
cr*            +Chrysler Financial Services Americas, LLC,    C/O Hale, Dewey, & Knight, PLLC,
                 88 Union Avenue Suite 700,    Memphis, TN 38103-5128
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*             Midland Funding, LLC by American InfoSource LP,     PO Box 248897,    Oklahoma City, OK  73124-8897
cr*            +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +Portfolio Recovery Assocs., LLC,    POB 41067,    NORFOLK, VA 23541-1067
cr*            +TD Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*            +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
cr*            +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                 TUCSON, AZ 85712-1083
9880163*       +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
9723772*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank USA,     Attn.: Centralized Bankruptcy,    P.O. Box 20507,
                 Kansas City, MO 64195-0000)
11680866*      +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
11680867*      +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
9741243*       +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
                 Des Moines, IA 50306-9210
                                                                                   TOTALS: 1, * 15, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2014                                       Signature:  /s/Joseph Speetjens

```
District/off: 0422-7           User: smithla              Page 4 of 4                  Date Rcvd: Jul 02, 2014
                               Form ID: B9A               Total Noticed: 93
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2014 at the address(es) listed below:
              Aaron  Nash    on behalf of Creditor   Chrysler Financial Services Americas, LLC
               anash@evanspetree.com, sbruce@evanspetree.com
              Bruce E. Robinson    bruce.robinsontr@gmail.com,
               therese.rogerstra@gmail.com;ruth.alexander.bka@gmail.com;brobinson@ecf.epiqsystems.com
              Eric David White    on behalf of Creditor    MetLife Home Loans, a division of MetLife Bank, N.A.
               ewhite@siwpc.com,
               mfreeman@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;ecfva1@siw
               pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;bjordan@siwpc.com;
              Joe B. Lamb, Jr.    on behalf of Joint Debtor Debra Sue  Napolitano joe@joelamblaw.com
              Joe B. Lamb, Jr.    on behalf of Debtor Richard Anthony Napolitano joe@joelamblaw.com
              Linh Kiet Tran    on behalf of Transferee   CR Evergreen, LLC bknotices@gmail.com
              Michael Todd Freeman    on behalf of Creditor    MetLife Home Loans, a division of MetLife Bank,
               N.A. mfreeman@siwpc.com,
               ewhite@siwpc.com;klane@siwpc.com;bjordan@siwpc.com;jmuncy@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc
               .com;ecfva3@siwpc.com
              Robert E. Hyman    station08@ricva.net, ecfsummary@ricva.net
                                                                                             TOTAL: 8
```